August 14, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00042-CV

ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant

V.

PUBLIC UTILITY COMMISSION OF TEXAS, Appellee

This cause, an appeal from the judgment in favor of appellee, Public Utility Commission of Texas, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Oncor Electric Delivery Compnay LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered August 14, 2025.

Before Justices Field, Farris, and Chief Justice Tracy Christopher, sitting by assignment.
Opinion delivered by Justice Field.
Dissenting Opinion by Justice Farris.